UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BEN TOSCANO,  No. C 05-4113 SI (pr)

    Plaintiff,  **JUDGMENT**

    v.

G. EMBREE; et al.,

    Defendants.

    The motion for summary judgment by the sole remaining defendant, Dr. Winslow, is granted. Judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 19, 2007

                                                                            SUSAN ILLSTON

                                                    United States District Judge